# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

JOHN WALLDEN                                   CIVIL ACTION NO. 10-CV-00054

VERSUS

                                               MAGISTRATE JUDGE HANNA

OCEANEERING INTERNATIONAL, INC.


## ORDER


    The Court having recently been advised by the parties that this matter has settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without

prejudice to the rights of the parties, upon good cause shown within sixty days, to reassert

their claims if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to this Court a joint stipulation

of dismissal pursuant to Fed. R. Civ. P. 41 within sixty days of entry of this judgment.

    This Court retains jurisdiction over the settlement of this matter under *Kokkonen v.*

*Guardian Life*, 511 U.S. 375 (1994).

    Signed at Lafayette, Louisiana, this 9th day of May, 2012.

_____
Patrick J. Hanna
United States Magistrate Judge